## UNITED STATES DISTRICT COURT
## FOR THE DISCTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R., a minor,<br>Y.O., a minor, and<br>S.S., a minor,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RAW SEAFOODS, INC., JASON HUTCHENS, SCOTT HUTCHENS, and ROLANDO DOE<br><br>    *Defendants*. | No. 24-12427 |

## NOTICE OF APPEARANCE OF LISBETH VALDEZ, ESQ.

Please enter the appearance of Lisbeth Valdez, Esq. on behalf of Defendants in the above-captioned matter.

    RESPECTFULLY SUBMITTED,

    DEFENDANTS
    By their attorney,

Dated: December 30, 2024

*/s/ Lisbeth Valdez*
Lisbeth Valdez, BBO # 715826
O'HAGAN MEYER, PLLC
140 Kendrick St., Bldg. C
Needham, MA 02494
Telephone: (617) 843-6800
Fax: (617) 843-6810
lvaldez@ohaganmeyer.com

## CERTIFICATE OF SERVICE

I, Lisbeth Valdez, hereby certify that on this 30th day of December, 2024, I caused the foregoing *Notice of Appearance* to be served upon Plaintiff's counsel of record via CM/ECF Filing:

    Michael J. Wishnie, Esq.
    Jordan Cozby
    Zoe Mermelstein
    Maria Perales Sanchez
    Muneer I. Ahmad
    Michael K. T. Tan
    Work & Immigrant Rights Advocacy Clinic
    P. O. Box 209090
    New Haven, CT 06520

    Thomas Smith, Esq.
    Pablo Carrasco, Esq.
    Justice at Work
    33 Harrison Ave, Suite 501
    Boston, MA 02111

    */s/ Lisbeth Valdez*
    Lisbeth Valdez

Dated: December 30, 2024