# EXHIBIT 1

Start: 07/01/22
Vac Pack
2nd Shift

Interview 6/30 @ 11AM

Boots: 8
Jacket: M

# RAWSEAFOODS

## EMPLOYMENT APPLICATION
### (Formulario De Solicitud De Empleo)

Single Tax
4 dept cns tra 17

**DATE (FECHA):** 6/29/22

**ARE YOU AT LEAST 18 OR OLDER? (TIENES AL MENOS 18 AÑOS O MÁS?):** yes

**NAME (NOMBRE):** ███████

**TELEPHONE (TELEFONO):** ███████

**HOME ADDRESS (DIRECCION):** ███████ Providence, RI ███

**POSITION APPLYING FOR/SHIFT OF DESIRE (POSICION/TURNO DE DESEO):** 2nd 2TE or VackPack

**PRIOR EXPERIENCE (EXPERIENCIA ANTERIOR):**
_____
_____
_____

**REFERENCES (REFERENCIAS):**
1. ███████
2. ███████
3. _____

www.rawseafoods.com
481 Currant Rd, Fall River MA 02720 | Tel: 508 673 0111 Fax: 508 673 5069



# Employment Eligibility Verification
## Department of Homeland Security
## U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Attestation (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| [redacted] | [redacted] | N/A | N/A |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | [redacted] | PROVIDENCE | RI | [redacted] |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| [redacted]/2003 | [redacted] 2 6 8 3 | N/A | N/A |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States
☐ 2. A noncitizen national of the United States (See instructions)
☒ 3. A lawful permanent resident   (Alien Registration Number/USCIS Number): [redacted]54
☐ 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy): N/A
   Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number: N/A
   OR
2. Form I-94 Admission Number: N/A
   OR
3. Foreign Passport Number: N/A
   Country of Issuance: N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| [redacted] | 30/07/22 |

### Preparer and/or Translator Certification (check one):

☐ I did not use a preparer or translator.   ☒ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| [signature] | 6/30/22 |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| MELENDEZ | SONGIEMARY |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 481 CURRANT ROAD | FALL RIVER | MA | [redacted] |

🛑 **Employer Completes Next Page** 🛑

Form I-9 10/21/2019    Page 1 of 3



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* ■■■ | First Name *(Given Name)* ■■■ | M.I. N/A | Citizenship/Immigration Status 3 |
|---|---|---|---|---|

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| **Document Title**<br>Perm. Resident Card (Form I-551) | | **Document Title**<br>N/A | | **Document Title**<br>N/A |
| **Issuing Authority**<br>U.S. Citizenship and Immigration Services | | **Issuing Authority**<br>N/A | | **Issuing Authority**<br>N/A |
| **Document Number**<br>USCIS # ■■■854 | | **Document Number**<br>N/A | | **Document Number**<br>N/A |
| **Expiration Date** *(if any) (mm/dd/yyyy)*<br>■■■2031 | | **Expiration Date** *(if any) (mm/dd/yyyy)*<br>N/A | | **Expiration Date** *(if any) (mm/dd/yyyy)*<br>N/A |
| **Document Title**<br>N/A | | | | |
| **Issuing Authority**<br>N/A | | Additional Information | | QR Code - Section 2<br>Do Not Write In This Space |
| **Document Number**<br>N/A | | | | |
| **Expiration Date** *(if any) (mm/dd/yyyy)*<br>N/A | | | | |
| **Document Title**<br>N/A | | | | |
| **Issuing Authority**<br>N/A | | | | |
| **Document Number**<br>N/A | | | | |
| **Expiration Date** *(if any) (mm/dd/yyyy)*<br>N/A | | | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

**The employee's first day of employment** *(mm/dd/yyyy):* 07/01/2022   *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative<br>[signature] | Today's Date *(mm/dd/yyyy)*<br>6/30/22 | Title of Employer or Authorized Representative<br>HUMAN RESOURCE ASSISTANT |
|---|---|---|
| Last Name of Employer or Authorized Representative<br>MELENDEZ | First Name of Employer or Authorized Representative<br>SONGIEMARY | Employer's Business or Organization Name<br>RAW SEAFOODS INC. |
| Employer's Business or Organization Address *(Street Number and Name)*<br>181 CURRANT ROAD | City or Town<br>FALL RIVER | State MA   ZIP Code 02720 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

## LISTS OF ACCEPTABLE DOCUMENTS
### All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br>Documents that Establish Both Identity and Employment Authorization | LIST B<br>Documents that Establish Identity | LIST C<br>Documents that Establish Employment Authorization |
|---|---|---|
| 1. U.S. Passport or U.S. Passport Card | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | 3. School ID card with a photograph | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>a. Foreign passport; and<br>b. Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | 4. Voter's registration card | |
| | 5. U.S. Military card or draft record | |
| | 6. Military dependent's ID card | 4. Native American tribal document |
| | 7. U.S. Coast Guard Merchant Mariner Card | 5. U.S. Citizen ID Card (Form I-197) |
| | 8. Native American tribal document | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | 9. Driver's license issued by a Canadian government authority | |
| | **For persons under age 18 who are unable to present a document listed above:** | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | 10. School record or report card | |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

Refer to the instructions for more information about acceptable receipts.





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

Social Security Administration
Form SSA-3000 (08-2011)

D01627835



Start: 07/13/22
Vac Pack 2nd Shift
11:00 a
Boots: 8
Jacket: M
Single Tax
4 [?] than 17

# RAWSEAFOODS

## Employment Application
## (Formulario De Solicitud De Empleo)

Date/Fecha: 7/6/22

Are you at least 18 or older? (Tienes al menos 18 años o más?): yes

Name/Nombre:
_[redacted]_

Telephone/Telefono:
_[redacted]_

Home Address/Direccion de casa:

| Street address (Direccion) | City (Cuidad) | State (Estado) | Zip Code (#Postal) |
|---|---|---|---|
| [redacted] | Providence | RI | [redacted] |

Position apply for/Puesto de trabajo:
Production 2nd Shift.

Prior experience/Experiencia anterior:
NO

References/Referencias:

1. [redacted]
2. [redacted]
3. [redacted]

www.rawseafoods.com
481 Currant Rd, Fall River MA 02720 | Tel: 508 673 0111 Fax: 508 673 5069



# Employment Eligibility Verification
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| [redacted] | [redacted] | N/A | N/A |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | [redacted] | PROVIDENCE | RI | [redacted] |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| [redacted] 2003 | [redacted] 1 5 1 1 | N/A | N/A |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States (See instructions)

☒ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): [redacted] 921

☐ 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): N/A
Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number:  N/A
OR
2. Form I-94 Admission Number:  N/A
OR
3. Foreign Passport Number:  N/A
Country of Issuance:  N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| [redacted] | 7/12/22 |

## Preparer and/or Translator Certification (check one):

☐ I did not use a preparer or translator.    ☒ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| [signature] | 7/12/22 |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| MELENDEZ | SONGIEMARY |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 481 CURRANT ROAD | FALL RIVER | MA | 02720 |

(STOP) *Employer Completes Next Page* (STOP)



# Employment Eligibility Verification
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification
(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. N/A | Citizenship/Immigration Status 3 |
|---|---|---|---|---|

| List A — Identity and Employment Authorization | List B — Identity | List C — Employment Authorization |
|---|---|---|
| **Document Title**: Perm. Resident Card (Form I-551) | **Document Title**: N/A | **Document Title**: N/A |
| **Issuing Authority**: U.S. Citizenship and Immigration Services | **Issuing Authority**: N/A | **Issuing Authority**: N/A |
| **Document Number**: USCIS ▇▇▇921 | **Document Number**: N/A | **Document Number**: N/A |
| **Expiration Date (if any) (mm/dd/yyyy)**: ▇▇ 2031 | **Expiration Date (if any) (mm/dd/yyyy)**: N/A | **Expiration Date (if any) (mm/dd/yyyy)**: N/A |
| **Document Title**: N/A | | |
| **Issuing Authority**: N/A | | |
| **Document Number**: N/A | | |
| **Expiration Date (if any) (mm/dd/yyyy)**: N/A | | |
| **Document Title**: N/A | | |
| **Issuing Authority**: N/A | | |
| **Document Number**: N/A | | |
| **Expiration Date (if any) (mm/dd/yyyy)**: N/A | | |

Additional Information

QR Code - Section 2
Do Not Write In This Space

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): 07/13/2022 (See instructions for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) 7/12/22 | Title of Employer or Authorized Representative: HUMAN RESOURCE ASSISTANT |
|---|---|---|
| Last Name of Employer or Authorized Representative: MELENDEZ | First Name of Employer or Authorized Representative: SONGIEMARY | Employer's Business or Organization Name: RAW SEAFOODS INC |
| Employer's Business or Organization Address (Street Number and Name): 481 CURRANT ROAD | City or Town: FALL RIVER | State: MA   ZIP Code: 02720 |

## Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|

## LISTS OF ACCEPTABLE DOCUMENTS
### All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br>Documents that Establish<br>Both Identity and<br>Employment Authorization | LIST B<br>Documents that Establish<br>Identity | LIST C<br>Documents that Establish<br>Employment Authorization |
|---|---|---|
| OR | AND | |
| 1. U.S. Passport or U.S. Passport Card | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| | 3. School ID card with a photograph | |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>a. Foreign passport; and<br>b. Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | 4. Voter's registration card | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| | 5. U.S. Military card or draft record | |
| | 6. Military dependent's ID card | |
| | 7. U.S. Coast Guard Merchant Mariner Card | 4. Native American tribal document |
| | | 5. U.S. Citizen ID Card (Form I-197) |
| | 8. Native American tribal document | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | 9. Driver's license issued by a Canadian government authority | |
| | **For persons under age 18 who are unable to present a document listed above:** | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | 10. School record or report card | |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

Examples of many of these documents appear in the Handbook for Employers (M-274).

Refer to the instructions for more information about acceptable receipts.





*[Handwritten top-left]:* Start Time 11/07/22 Vac Pack 2nd Shift

*[Handwritten top-right]:* Boots: 10 Jacket: S

# RAW SEAFOODS

## Employment Application
## (Formulario De Solicitud De Empleo)

*[Handwritten across top]:* Single Taxes 1 more than 17

Date/Fecha: 25/10/2022

Are you at least 18 years or older? (Tienes al menos 18 años o más?): Si

Name/Nombre: [redacted]

Telephone/Telefono: [redacted]

Home Address/Direccion de casa:
[redacted] Fall River, MA [redacted]
Street address (Direccion) | City (Ciudad) | State (Estado) | Zip Code (#Postal)

Position applying for/Puesto de trabajo: Noche

Prior experience/Experiencia anterior: NO

References/Referencias:
1. [redacted]
2. 
3. 

www.rawseafoods.com
481 Currant Rd, Fall River MA 02720 | Tel: 508 673 0111 Fax: 508 673 5069



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 10/31/2022

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Attestation (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| [redacted] | [redacted] | N/A | N/A |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | [redacted] | Fall River | MA | [redacted] |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| [redacted] 2004 | [redacted]-2748 | N/A | N/A |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States
☐ 2. A noncitizen national of the United States (See instructions)
☒ 3. A lawful permanent resident   (Alien Registration Number/USCIS Number): [redacted] 94
☐ 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy): N/A
   Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number:   N/A
   OR
2. Form I-94 Admission Number:   N/A
   OR
3. Foreign Passport Number:   N/A
   Country of Issuance:   N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| [redacted] | 11/3/2022 |

### Preparer and/or Translator Certification (check one):

☐ I did not use a preparer or translator.   ☒ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| [signature] | 11/3/22 |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| MELENDEZ | SONGIEMARY |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 461 CURRANT ROAD | FALL RIVER | MA | 02720 |

 **Employer Completes Next Page** 

Form I-9 10/21/2019   Page 1 of 3



# Employment Eligibility Verification
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. N/A | Citizenship/Immigration Status 3 |
|---|---|---|---|---|

| List A - Identity and Employment Authorization | List B - Identity | List C - Employment Authorization |
|---|---|---|
| **Document Title:** Perm. Resident Card Form I-551 | **Document Title:** N/A | **Document Title:** N/A |
| **Issuing Authority:** U.S. Citizenship and Immigration Services | **Issuing Authority:** N/A | **Issuing Authority:** N/A |
| **Document Number:** USCIS████194 | **Document Number:** N/A | **Document Number:** N/A |
| **Expiration Date:** ████2029 | **Expiration Date:** N/A | **Expiration Date:** N/A |
| **Document Title:** N/A | | |
| **Issuing Authority:** N/A | | |
| **Document Number:** N/A | | |
| **Expiration Date:** N/A | | |
| **Document Title:** N/A | | |
| **Issuing Authority:** N/A | | |
| **Document Number:** N/A | | |
| **Expiration Date:** N/A | | |

Additional Information

QR Code - Section 2
Do Not Write In This Space

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): 11/07/2022  (See instructions for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) 11/3/22 | Title of Employer or Authorized Representative: HUMAN RESOURCE ASSISTANT |
|---|---|---|
| Last Name of Employer or Authorized Representative: MELENDEZ | First Name of Employer or Authorized Representative: SONGIEMARY | Employer's Business or Organization Name: RAW SEAFOODS INC |
| Employer's Business or Organization Address (Street Number and Name): 481 CURRANT ROAD | City or Town: FALL RIVER | State: MA   ZIP Code: 02720 |

## Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9 10/21/2019    Page 2 of 3



